**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 26-** |
| **v.** | : | **DATE FILED: September 3, 2026** |
| **KATRINA CROWDER**<br>**ISAAC SHAKIR** | :<br>:<br>:<br>:<br>: | **VIOLATIONS:**<br>**18 U.S.C. § 2251(a), (e) (manufacture and attempted manufacture of child pornography – 3 counts)**<br>**18 U.S.C. § 2252(a)(4)(B) (possession of child pornography – 1 count)**<br>**18 U.S.C. § 2 (aiding and abetting)**<br>**Notice of forfeiture** |

**INDICTMENT**

**COUNTS ONE THROUGH THREE**

**THE GRAND JURY CHARGES THAT:**

On the dates listed below, each date constituting a separate offense, in the Eastern District of Pennsylvania, and elsewhere, defendants

**KATRINA CROWDER and**
**ISAAC SHAKIR**

employed and used the minor children listed below, each persons who are under the age of 18 years and who are known to the grand jury, and aided and abetted the employment and use of the minor children, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and attempted to do so, that is, by defendant CROWDER live streaming video calls which depicted the minor children as they were engaged in sexually explicit conduct to defendant SHAKIR, who video recorded the calls and/or took screen shots of the minor children, and defendants CROWDER and SHAKIR knew and had reason to know that the visual depictions would be transported and transmitted using a facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and the visual depictions were produced and transmitted using materials that had been mailed and shipped and

transported in and affecting interstate and foreign commerce by any means including by computer, and such visual depictions were actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

| Count | Date(s) | Minor Child |
|---|---|---|
| **One** | From in or about January 2026 through in or about June 2026 | Minor 1, an infant |
| **Two** | From on or about August 13, 2025 through on or about February 9, 2026 | Minor 2, a prepubescent boy |
| **Three** | From on or about August 13, 2025 through on or about February 9, 2026 | Mnor 3, a prepubescent boy |

All in violation of Title 18, United States Code, Sections 2251(a), (e), and 2.

**COUNT FOUR**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 10, 2026, in the Eastern District of Pennsylvania, and elsewhere, defendant

**ISAAC SHAKIR**

knowingly possessed matter, namely, a Samsung Galaxy cellular phone, Model SM-A125M, bearing serial number R58R34FM69H and IMEI:350692196604102, and a Samsung Galaxy J3 Prime cellular phone, Model: SM-J327T1, bearing IMEI:359617080695743, both of which contained visual depictions that had been shipped and transported in interstate and foreign commerce and which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce. The production of these visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of a minor engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 2252(a)(4)(B), (b)(2).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violations of Title 18, United States Code, Sections 2251(a), and 2252(a)(4)(B), as set forth in this indictment, defendants

**KATRINA CROWDER and**
**ISAAC SHAKIR**

shall forfeit to the United States of America:

(a) any visual depiction, or any film, videotape, or other matter which contains any child pornography, which was produced, transported, mailed, shipped, or received as a result of such violations as charged in the indictment;

(b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such violations; and

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of such violations, including, but not limited to:

(1) One Samsung Galaxy cellular phone, Model SM-A125M, bearing serial number R58R34FM69H and IMEI:350692196604102; and

(2) One Samsung Galaxy J3 Prime cellular phone, Model: SM-J327T1, bearing IMEI:3596170806.

Pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL:**

[redacted]

Christine E Sykes for

**DAVID METCALF**
**UNITED STATES ATTORNEY**

*No.*___________

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

ISAAC SHAKIR, ET AL.

INDICTMENT

Counts
18 U.S.C. § 2251(a), (e) (manufacture and attempted manufacture of child pornography – 3 counts)
18 U.S.C. § 2252(a)(4)(B) (possession of child pornography – 1 count)
18 U.S.C. § 2 (aiding and abetting)
Notice of forfeiture

[redacted]